*Ricardo Santiago*,
Defendant,

v.

United States of America,

Respondent.

FILED BY _____ D.C.

JUL 18 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION REQUESTING JUDGMENT
OF COMMITTMENT, SENTENCING
TRANSCRIPT, AND DOCKET SHEET

CASE NO. 21-CR-20218

COMES NOW, before this honorable court, I *Ricardo Santiago*, submit the following motion requesting the above-mentioned forms. These forms are needed to assist me in further litigating my case for appeal purposes. These documents are important at this time because they wil linformo me of important facts that may effect my appeal.

This is my first request for the above-mentioned documents and I ask that the court waive any fees for obtaining these documents because I am indigent. I would also like a copy of my plea agreement.

## CONCLUSION

Because of the reasons state above, I ask that the court grant this motion.

DATED, this 8 day of July, 2025.

Respectuvely submitted by:

*Ricardo Santiago*
Reg. No. 39606509

Ricardo Santiago # 39606509
FCC Petersburg Medium
P.O. Box 1000
Petersburg V.A. 23804

RICHMOND VA RPDC 230
12 JUL 2025 PM 5 L

US District Court ATTN: Court Records Dept
400 N. Miami Ave
Miami, FL. 33128

Sen Cher
OFC Tompkins

33128-771855

REC'D BY _____ D.C.
JUL 18 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI