BNDDUTY,CLOSED,CMM,LFL

## U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21–cr–20218–AHS–13
### *Internal Use Only*

Case title: USA v. Martinez, et al

Date Filed: 04/08/2021

Date Terminated: 10/23/2023

Assigned to: Judge Raag Singhal
Referred to: Magistrate Judge
Lauren Fleischer Louis

### Defendant (13)

**Ricardo Santiago**
*YOB 1986; ENGLISH*
*TERMINATED: 10/23/2023*
*also known as*
Canito
*TERMINATED: 10/23/2023*

represented by **Ricardo Santiago**
39606–509
Petersburg Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1000
Petersburg, VA 23804
PRO SE

**Martin Juan Beguiristain**
Martin J. Beguiristain
12930 SW 128 Street
Suite 103
Miami, FL 33186–6038
305–251–2302
Fax: 252–7392
Email: martinblaw@aol.com
*TERMINATED: 02/09/2023*
*Designation: Retained*

**Saam Zangeneh**
Saam Zangeneh, P.A.
14 NE 1st Ave
Suite 300
Miami, FL 33132
305–441–2333
Fax: 305–908–8693
Email: saamzangeneh@yahoo.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:846=ND.F CONSPIRACY TO
DISTRIBUTE COCAINE AND
FORFEITURE COUNT
(8)

### Disposition

AMENDED: IMPRISONMENT: 71 Months as to
Count 8 of the Indictment. SUPERVISED
RELEASE: Four (4) Years as to Count 8 of the
Indictment to run concurrent with
23–60040–CR–SINGHAL. PRIOR JUDGMENT:
IMPRISONMENT: 72 months.This term consists of
71 months as to count 8 in case 21–CR–20218, and
1 month as to count 2 in case 23–CR–60040. The
term imposed in case 23–CR–60040 shall run
consecutive to the term imposed in case
21–CR–20218. SUPERVISED RELEASE: Four (4)
years. This term consists of 4 years as to case
21–CR–20218 and 23–CR–60040. All such terms

shall run concurrent to each other.

**Highest Offense Level**
**(Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                         represented by   **Sean Thomas McLaughlin**
                                                 DOJ–USAO
                                                 11200 NW 20th Street
                                                 Ste 101
                                                 Miami, FL 33172
                                                 305–715–7642
                                                 Fax: 305–715–7639
                                                 Email: sean.mclaughlin@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

                                                 **Annika Marie Miranda**
                                                 United States Attorney's Office – SDFL
                                                 99 N.E. 4th Street
                                                 7th Floor
                                                 Miami, FL 33132
                                                 305–961–9303
                                                 Email: annika.miranda@usdoj.gov
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Carolina Perez Schmerold**
                                                 DOJ–USAO
                                                 99 N.E. 4th St.
                                                 Miami, FL 33132
                                                 305–878–3241
                                                 Email: carolina.perez@usdoj.gov
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Francesse Lucius Cheron**
                                                 DOJ–USAO
                                                 99 NE 4th Street
                                                 Miami, FL 33132
                                                 786–761–3144
                                                 Email: Francesse.lucius@usdoj.gov
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Justin Chapman**
                                                 State Attorneys Office,
                                                 401 N. Dixie Hwy.
                                                 West Palm Beach, FL
                                                 Email: Justin.Chapman4@usdoj.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2025 | 653 | MOTION Requesting Judgment of Committment, Sentencing Transcript, and Docket Sheet by Ricardo Santiago. (ls) (Entered: 07/21/2025) |
| 10/26/2023 | 575 | AMENDED JUDGMENT as to Ricardo Santiago (13), Count(s) 8, AMENDED: IMPRISONMENT: 71 Months as to Count 8 of the Indictment. SUPERVISED RELEASE: Four (4) Years as to Count 8 of the Indictment to run concurrent with 23–60040–CR–SINGHAL. PRIOR JUDGMENT: IMPRISONMENT: 72 months.This term consists of 71 months as to count 8 in case 21–CR–20218, and 1 month as to count 2 in case 23–CR–60040. The term imposed in case 23–CR–60040 shall run consecutive to the term imposed in case 21–CR–20218. SUPERVISED RELEASE: Four (4) years. This term consists of 4 years as to case 21–CR–20218 and 23–CR–60040. All such terms shall run concurrent to each other.. Signed by Judge Raag Singhal on 10/26/2023. *See attached document for full details.* (cds) (Entered: 10/26/2023) |
| 10/23/2023 | 574 | JUDGMENT as to Ricardo Santiago (13), Count(s) 8, IMPRISONMENT: 72 months.This term consists of 71 months as to count 8 in case 21–CR–20218, and 1 month as to count 2 in case 23–CR–60040. The term imposed in case 23–CR–60040 shall run consecutive to the term imposed in case 21–CR–20218. SUPERVISED RELEASE: Four (4) years. This term consists of 4 years as to case 21–CR–20218 and 23–CR–60040. All such terms shall run concurrent to each other. Assessment: $100.00. Closing Case for Defendant. Signed by Judge Raag Singhal on 10/20/2023. *See attached document for full details.* (cds) (Entered: 10/23/2023) |
| 10/20/2023 | 573 | PAPERLESS Minute Entry for proceedings held before Judge Raag Singhal: Sentencing held on 10/20/2023 as to Ricardo Santiago.Defendant sentenced to 72 months imprisonment followed by 4 years of supervised release with $100.00 special assessment. Remaining counts dismissed by Government. Defendant advised of right to appeal. Attorney Appearance(s): Sean Thomas McLaughlin, Saam Zangeneh, Defendant (custody), Andrea Caldwell (USPO). Court Reporter: Karl Shires, 954–769–5496 / Karl_Shires@flsd.uscourts.gov. (jcy) (Entered: 10/20/2023) |
| 10/19/2023 | 572 | RESPONSE to 567 Objections to Presentence Investigation Report by USA as to Ricardo Santiago (McLaughlin, Sean) (Entered: 10/19/2023) |
| 10/18/2023 | 569 | SENTENCING MEMORANDUM by Ricardo Santiago (Zangeneh, Saam) (Entered: 10/18/2023) |
| 10/18/2023 | 568 | FINAL Addendum 2 Disclosure of Presentence Investigation Report of Ricardo Santiago. This is a limited access document. Report access provided to attorneys Sean Thomas McLaughlin, Saam Zangeneh by USPO (Attachments: # 1 Addendum – First, # 2 Addendum – Second)(dtn1) (Entered: 10/18/2023) |
| 10/18/2023 | 567 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Ricardo Santiago (Zangeneh, Saam) (Entered: 10/18/2023) |
| 09/25/2023 | 564 | PAPERLESS RE–NOTICE OF SENTENCING HEARING **TIME CHANGE ONLY TO 12:00 PM** as to Ricardo Santiago. Sentencing set for 10/20/2023 at 12:00 PM in Fort Lauderdale Division before Judge Raag Singhal. (vt1) (Entered: 09/25/2023) |
| 09/25/2023 | 563 | PAPERLESS ORDER TO CONTINUE – Ends of Justice as to Ricardo Santiago Time excluded from 9/25/2023 until 10/20/2023. Re: 562 Unopposed MOTION to Continue Sentencing Hearing is hereby GRANTED. Sentencing set for 10/20/2023 at 2:00 PM in Fort Lauderdale Division before Judge Raag Singhal. – Motions terminated: 562 Unopposed MOTION to Continue Sentencing Hearing filed by Ricardo Santiago. Signed by Judge Raag Singhal on 9/25/2023. (vt1) (Entered: 09/25/2023) |
| 09/25/2023 | 562 | Unopposed MOTION to Continue Sentencing Hearing by Ricardo Santiago. Responses due by 10/10/2023 (Zangeneh, Saam) (Entered: 09/25/2023) |
| 09/18/2023 | 561 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Ricardo Santiago. This is a limited access document. Report access provided to attorneys Francesse Lucius, Sean Thomas McLaughlin, Annika Marie Miranda, Saam Zangeneh |

| | | |
|---|---|---|
| | | by USPO (Attachments: # 1 Addendum)(csi) (Entered: 09/18/2023) |
| 08/30/2023 | 560 | DRAFT Disclosure of Presentence Investigation Report of Ricardo Santiago. This is a limited access document. Report access provided to attorneys Sean Thomas McLaughlin, Saam Zangeneh by USPO (Attachments: # 1 Position of Parties)(acn1) (Entered: 08/30/2023) |
| 07/10/2023 | 548 | Notice of Presentence Investigation Assignment of Ricardo Santiago to US Probation Officer Danielle Sylvester–Pierre in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at (305)523–5470 or Danielle_Sylvester–Pierre@flsp.uscourts.gov. (lrn) (Entered: 07/10/2023) |
| 07/06/2023 | 546 | ORDER SETTING DATE, TIME, AND PROCEDURES FOR SENTENCING HEARING as to Ricardo Santiago. Sentencing set for 9/28/2023 at 10:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Signed by Judge Raag Singhal on 7/6/2023. *See attached document for full details.* (vt1) (Entered: 07/06/2023) |
| 07/06/2023 | 545 | GLOBAL FACTUAL PROFFER as to Ricardo Santiago (vt1) (Entered: 07/06/2023) |
| 07/06/2023 | 544 | GLOBAL PLEA AGREEMENT as to Ricardo Santiago (vt1) (Entered: 07/06/2023) |
| 07/06/2023 | 543 | PAPERLESS Minute Entry for proceedings held before Judge Raag Singhal: Change of Plea Hearing as to Ricardo Santiago held on 7/6/2023. Defendant Ricardo Santiago (13) Guilty as to Count 8 of the Indictment. Attorney Appearance(s): AUSA, Sean Thomas McLaughlin. Saam Zangeneh, Esq. Court Reporter: Karl Shires, 954–769–5496 / Karl_Shires@flsd.uscourts.gov. (vt1) (Entered: 07/06/2023) |
| 06/22/2023 | 541 | PAPERLESS NOTICE OF CHANGE OF PLEA HEARING as to Ricardo Santiago. Change of Plea Hearing set for 7/6/2023 at 11:00 AM in Fort Lauderdale Division before Judge Raag Singhal. (vt1) (Entered: 06/22/2023) |
| 05/16/2023 | 539 | ORDER TO CONTINUE – Ends of Justice as to Ricardo Santiago Time excluded from 5/15/2023 until 7/3/2023. Re: 534 Unopposed MOTION to Continue Trial *and Calendar Call is hereby GRANTED. Motions due by 6/16/2023. Plea Agreement due by 6/21/2023. Calendar Call set for 6/28/2023 at 9:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Jury Trial set for 7/3/2023 at 9:00 AM in Fort Lauderdale Division before Judge Raag Singhal. – Motions terminated: 534 Unopposed Motion to Continue Trial <i and Calendar Call filed by Ricardo Santiago. Signed by Judge Raag Singhal on 5/16/2023. See attached document for full details. (vt1) (Entered: 05/16/2023)* |
| 05/15/2023 | 534 | Unopposed MOTION to Continue Trial *AND CALENDAR CALL* by Ricardo Santiago. Responses due by 5/30/2023 (Zangeneh, Saam) (Entered: 05/15/2023) |
| 04/05/2023 | 521 | ORDER SETTING TRIAL DATE AND PRETRIAL INSTRUCTIONS as to Ricardo Santiago. In Limine Motions due by 5/4/2023. Motions due by 5/4/2023. Calendar Call set for 5/17/2023 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Jury Trial set for 5/22/2023 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Signed by Judge Raag Singhal on 4/5/2023. *See attached document for full details.* (cds)<br><br>***Pattern Jury Instruction Builder*** – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 04/05/2023) |
| 04/04/2023 | 520 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Bond Revocation Hearing as to Ricardo Santiago held on 4/4/2023. Defendant advised of his rights and charges. Defendant shall be held NO BOND. All further proceedings before Judge Singhal. (Digital 11:24:16 – 11:33:22) Signed by Magistrate Judge Jared M. Strauss on 4/4/2023. (tw) (Entered: 04/04/2023) |
| 04/03/2023 | | Set Hearing as to Ricardo Santiago: Initial Appearance on Bond Violation/Revocation Hearing set for 4/4/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 04/03/2023) |
| 02/09/2023 | 501 | ORDER Granting 500 STIPULATED MOTION for Substitution of Counsel. Attorney Saam Zageneh added. Attorney Martin Juan Beguiristain terminated as to Ricardo Santiago (13). Signed by Judge Raag Singhal on 2/9/2023. *See attached document for* |

| | | |
|---|---|---|
| | | *full details.* (cds) (Entered: 02/10/2023) |
| 02/08/2023 | 500 | STIPULATED MOTION for Substitution of Counsel. Substituting Saam Zangeneh for Martin Juan Beguiristain by Ricardo Santiago. Attorney Saam Zangeneh added to party Ricardo Santiago(pty:dft). Responses due by 2/22/2023 (Attachments: # 1 Text of Proposed Order)(Zangeneh, Saam) (Entered: 02/08/2023) |
| 05/09/2022 | 303 | ORDER Transferring to Fugitive Status as to Ricardo Santiago. Signed by Judge Raag Singhal on 5/9/2022. *See attached document for full details.* (cds) (Entered: 05/10/2022) |
| 01/24/2022 | | SYSTEM ENTRY – Docket Entry 209 restricted/sealed until further notice. (vt1) (Entered: 01/24/2022) |
| 01/21/2022 | 210 | ORDER GRANTING CONTINUANCE AND PRETRIAL INSTRUCTIONS as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago Time excluded from 1/21/2022 until 3/28/2022. Re: 199 Unopposed MOTION to Continue Trial , 191 Unopposed MOTION to Continue Trial , 196 Unopposed MOTION to Continue Trial , 205 Unopposed MOTION to Continue Trial , 207 Unopposed MOTION to Continue Trial */SECOND AMENDED*, 200 Unopposed MOTION to Continue Trial , 204 MOTION to Continue Trial , 192 Unopposed MOTION to Continue Trial , 203 Second Motion to Continue Trial , 190 Unopposed MOTION to Continue Trial , 195 Defendant's MOTION to Continue Trial , 202 Unopposed MOTION to Continue Trial , 198 Unopposed MOTION to Continue Trial , 197 Unopposed MOTION to Continue Trial *Defendant's Unopposed Motion for Continuance of Trial*, 206 Unopposed MOTION to Continue Trial , 194 Unopposed MOTION to Continue Trial *and Plea Deadline*. ( In Limine Motions due by 2/28/2022., Motions due by 2/28/2022., Plea Agreement due by 3/11/2022., Calendar Call set for 3/23/2022 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal., Jury Trial set for 3/28/2022 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal.). – Motions terminated: 199 Unopposed MOTION to Continue Trial filed by Ricardo Santiago, 191 Unopposed MOTION to Continue Trial filed by Angel Luis Torres Gonzalez, 196 Unopposed MOTION to Continue Trial filed by Alcides Rivera Rodriguez, 205 Unopposed MOTION to Continue Trial filed by Victor Antonio Rivera Ortiz, 207 Unopposed MOTION to Continue Trial */SECOND AMENDED* filed by Douglas Gazmuri Perez, 200 Unopposed MOTION to Continue Trial filed by Yudlianela Perez, 204 MOTION to Continue Trial filed by Miguel Alejandro Ortiz, 192 Unopposed MOTION to Continue Trial filed by Alberto Francisco Puga Lamas, 203 Second MOTION to Continue Trial filed by Jose Terazon Martinez, 190 Unopposed MOTION to Continue Trial filed by Edgar Santiago, 195 Defendant's MOTION to Continue Trial filed by Juan Baptista Trompeta Caballerro, 202 Unopposed MOTION to Continue Trial filed by Pedro Arturo Casas Espinosa, 198 Unopposed MOTION to Continue Trial filed by Jose Agustin Perez Alonso, 197 Unopposed MOTION to Continue Trial *Defendant's Unopposed Motion for Continuance of Trial* filed by Freddy Sanchez Soria, 206 Unopposed MOTION to Continue Trial filed by Douglas Gazmuri Perez, 194 Unopposed MOTION to Continue Trial *and Plea Deadline* filed by Pedro Marrero Simon. Signed by Judge Raag Singhal on 1/21/2022. *See attached document for full details.* (pcs) (Entered: 01/24/2022) |
| 01/19/2022 | 208 | RESPONSE in Support by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago re 196 Unopposed MOTION to Continue Trial , 199 Unopposed MOTION to Continue Trial , 190 Unopposed MOTION to Continue Trial , 204 MOTION to Continue Trial , 191 Unopposed MOTION to Continue Trial , 195 Defendant's MOTION to Continue Trial , 205 Unopposed MOTION to Continue Trial , 207 Unopposed MOTION to Continue Trial */SECOND AMENDED*, 200 Unopposed MOTION to Continue Trial , 197 Unopposed MOTION to Continue Trial *Defendant's Unopposed Motion for Continuance of Trial*, 192 Unopposed MOTION to Continue |

| | | Trial , 198 Unopposed MOTION to Continue Trial , 194 Unopposed MOTION to Continue Trial *and Plea Deadline* (McLaughlin, Sean) (Entered: 01/19/2022) |
|---|---|---|
| 01/18/2022 | | SYSTEM ENTRY – Docket Entry 201 restricted/sealed until further notice. (vt1) (Entered: 01/18/2022) |
| 01/14/2022 | 199 | Unopposed MOTION to Continue Trial by Ricardo Santiago. Responses due by 1/28/2022 (Beguiristain, Martin) (Entered: 01/14/2022) |
| 10/19/2021 | 180 | ORDER GRANTING CONTINUANCE AND PRETRIAL INSTRUCTIONS. ORDER TO CONTINUE – Ends of Justice as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. Time excluded from 10/19/2021 until 1/31/2022. In Limine Motions due by 1/7/2022., Motions due by 1/7/2022., Plea Agreement due by 1/19/2022., Calendar Call set for 1/26/2022 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal., Jury Trial set for 1/31/2022 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Signed by Judge Raag Singhal on 10/19/2021. *See attached document for full details.* (lbc) (Entered: 10/19/2021) |
| 10/14/2021 | 171 | MOTION to Continue Trial by Ricardo Santiago. Responses due by 10/28/2021 (Beguiristain, Martin) (Entered: 10/14/2021) |
| 10/13/2021 | 163 | Clerks Notice to Filer re 156 MOTION to Adopt/Join 146 Unopposed MOTION to Continue Trial . **Master Case Selected**; ERROR – The filer selected the Master Case, instead of the applicable defendant. The correction was made by the Clerk. It is not necessary to refile this document but in the future, the Filer must select the applicable defendant(s) case only. (kpe) (Entered: 10/13/2021) |
| 10/13/2021 | 156 | MOTION to Adopt/Join 146 Unopposed MOTION to Continue Trial by Ricardo Santiago as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. Responses due by 10/27/2021 (Beguiristain, Martin) (Entered: 10/13/2021) |
| 10/12/2021 | 154 | Clerks Notice to Filer re 150 Unopposed MOTION to Adopt/Join 146 Unopposed MOTION to Continue Trial *and Plea Deadline*. **Master Case Selected**; ERROR – The filer selected the Master Case, instead of the applicable defendant. The correction was made by the Clerk. It is not necessary to refile this document. (kpe) (Entered: 10/12/2021) |
| 10/12/2021 | 150 | Unopposed MOTION to Adopt/Join 146 Unopposed MOTION to Continue Trial *and Plea Deadline* by Pedro Marrero Simon as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. Responses due by 10/26/2021 (Attachments: # 1 Text of Proposed Order Proposed Order)(Carames, Dianne) (Entered: 10/12/2021) |
| 10/06/2021 | 148 | RESPONSE in Support by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago re 146 Unopposed MOTION to Continue Trial *& REQUEST TO DECLARE CASE COMPLEX FOR SPEEDY TRIAL PURPOSES* (McLaughlin, Sean) (Entered: 10/06/2021) |
| 08/19/2021 | 132 | NOTICE of Intent to Use *FRE 404(b)* Evidence by USA as to Jose Terazon Martinez, Juan Baptista Trompeta Caballerro, Douglas Gazmuri Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago (McLaughlin, Sean) (Entered: 08/19/2021) |

| | | |
|---|---|---|
| 08/13/2021 | 129 | Second RESPONSE to Standing Discovery Order by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago (McLaughlin, Sean) (Entered: 08/13/2021) |
| 08/05/2021 | 123 | PAPERLESS ORDER granting in part and denying in part 118 Motion to Modify Conditions of Release as to Ricardo Santiago (13). The conditions of release 41 are modified as follows: Defendant shall participate in location monitoring with a curfew from 7:00PM to 6:00am daily. The condition of home confinement is vacated. Defendant is authorized to travel to the Middle District of Florida, Ft. Myers, on October 23 to October 24, 2021 and must advise his pretrial officer of the location where he will be staying at least 48 hours in advance of his travel.<br><br>To the extent Defendant's Motion seeks to modify his home address, it is DENIED without prejudice. The Motion does not identify the address where Defendant intends to reside and thus the Court cannot evaluate the request. Signed by Magistrate Judge Lauren Fleischer Louis on 8/5/2021. (LFL) (Entered: 08/05/2021) |
| 08/04/2021 | | Case as to Ricardo Santiago Referred to Magistrate Judge Lauren Fleischer Louis per DE 120 . Motions referred to Judge Lauren Fleischer Louis. (vjk) (Entered: 08/05/2021) |
| 08/04/2021 | 120 | PAPERLESS ORDER REFERRING 118 Defendant Ricardo Santiago's Unopposed MOTION to Modify Conditions of Release. Motion referred to Judge Lauren Fleischer Louis. Signed by Judge Raag Singhal on 8/4/2021. (vt1) (Entered: 08/04/2021) |
| 08/04/2021 | 118 | Unopposed MOTION to Modify Conditions of Release by Ricardo Santiago. Responses due by 8/18/2021 (Attachments: # 1 Text of Proposed Order)(Beguiristain, Martin) (Entered: 08/04/2021) |
| 06/15/2021 | 98 | ORDER GRANTING CO NTINUANCE AND PRETRIAL INSTRUCTIONS as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago Time excluded from 6/15/2021 until 10/25/2021. Re: 95 Joint MOTION to Continue Trial . (Plea Agreement due by 10/13/2021., Calendar Call set for 10/20/2021 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal., Jury Trial set for 10/25/2021 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal.). Signed by Judge Raag Singhal on 6/15/2021. *See attached document for full details.* (pcs) (Entered: 06/16/2021) |
| 06/09/2021 | 95 | Joint MOTION to Continue Trial by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. Responses due by 6/23/2021 (Attachments: # 1 Text of Proposed Order)(McLaughlin, Sean) (Entered: 06/09/2021) |
| 06/04/2021 | 93 | First RESPONSE to Standing Discovery Order by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago (McLaughlin, Sean) (Entered: 06/04/2021) |
| 05/19/2021 | 84 | ORDER SETTING TRIAL DATE AND PRETRIAL INSTRUCTIONS as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Angel Luis Torres Gonzalez, Edgar Santiago Time excluded from 5/18/2021 until 7/6/2021. In Limine Motions due by 6/23/2021. Motions due by 6/23/2021. Plea Agreement due by 6/18/2021. Calendar Call set for 6/30/2021 09:00 |

| | | AM in Fort Lauderdale Division before Judge Raag Singhal. Jury Trial set for 7/6/2021 09:00 AM in Fort Lauderdale Division before Judge Raag Singhal. Signed by Judge Raag Singhal on 5/18/2021. *See attached document for full details.* (pcs) (Entered: 05/19/2021) |
|---|---|---|
| 05/14/2021 | 82 | NOTICE OF ATTORNEY APPEARANCE Annika Marie Miranda appearing for USA. *regarding forfeiture matters.* Attorney Annika Marie Miranda added to party USA(pty:pla). (Miranda, Annika) (Entered: 05/14/2021) |
| 05/11/2021 | 81 | ORDER granting 75 Motion for Protective Order as to Jose Terazon Martinez (1), Pedro Arturo Casas Espinosa (2), Juan Baptista Trompeta Caballerro (3), Jose Agustin Perez Alonso (4), Pedro Marrero Simon (5), Alcides Rivera Rodriguez (6), Freddy Sanchez Soria (7), Alberto Francisco Puga Lamas (8), Douglas Gazmuri Perez (9), Miguel Alejandro Ortiz (10), Yudlianela Perez (11), Victor Antonio Rivera Ortiz (12), Ricardo Santiago (13), Angel Luis Torres Gonzalez (14), Edgar Santiago (15). Signed by Judge Raag Singhal on 5/11/2021. *See attached document for full details.* (lbc) (Entered: 05/11/2021) |
| 05/05/2021 | 77 | NOTICE of Change of Address, Email or Law Firm Name by Sean Thomas McLaughlin (McLaughlin, Sean) (Entered: 05/05/2021) |
| 05/04/2021 | 75 | MOTION for Protective Order by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. Responses due by 5/18/2021 (Attachments: # 1 Exhibit A)(McLaughlin, Sean) (Entered: 05/04/2021) |
| 04/27/2021 | 58 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Report Re: Counsel Hearing as to Ricardo Santiago held on 4/27/2021. Martin Beguiristain filed a PERMANENT Notice of Appearance on 4/26/21. **ARRAIGNMENT** as to Ricardo Santiago (13) Count 8 held on 4/27/2021. (Digital JB–04–27–2021–ZOOM–10:33 am)

It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory and impeachment evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Jacqueline Becerra on 4/27/2021. (mdc) (Entered: 04/27/2021) |
| 04/26/2021 | 52 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ricardo Santiago (Beguiristain, Martin) (Entered: 04/26/2021) |
| 04/26/2021 | 51 | NOTICE OF ATTORNEY APPEARANCE: Martin Juan Beguiristain appearing for Ricardo Santiago (Beguiristain, Martin) (Entered: 04/26/2021) |
| 04/22/2021 | 44 | Stipulation and Order as to Ricardo Santiago re: Nebbia Conditions. Signed by Magistrate Judge Lauren Fleischer Louis on 4/22/2021. *See attached document for full details.* (cg1) (Entered: 04/22/2021) |

| 04/19/2021 | 46 | $200,000.00 PSB Bond Entered as to Ricardo Santiago Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 4/22/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 04/22/2021) |
|---|---|---|
| 04/19/2021 | 45 | $100,000.00 10% PSB Bond Entered as to Ricardo Santiago Receipt # FLS100227906. Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 4/22/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 04/22/2021) |
| 04/19/2021 | 42 | $100,000.00 10% PSB Bond Entered as to Ricardo Santiago Receipt # FLS100227906. Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 4/22/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 04/21/2021) |
| 04/19/2021 | 41 | $200,000.00 PSB Bond Entered as to Ricardo Santiago Approved by Magistrate Judge Lauren Fleischer Louis. *Please see bond image for conditions of release.* (cg1) (Additional attachment(s) added on 4/21/2021: # 1 Restricted Bond with 7th Page) (cg1). (Entered: 04/21/2021) |
| 04/16/2021 | 31 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Status Conference Re: Pretrial Detention and Report Re:Counsel Hearings as to Ricardo Santiago held on 4/16/2021. Bond Set: STIPULATED $200,000 personal surety and $100,000 w/10% w/nebbia (NO HEARING HELD) (Report Re: Counsel Hearing RESET for 4/27/2021 10:00 AM in Miami Division before MIA Duty Magistrate). (Digital 10:34:17) Signed by Magistrate Judge Lauren Fleischer Louis on 4/16/2021. (mdc) Modified on 4/21/2021 to correct PSB amount to $200,000.00 (cg1). (Entered: 04/19/2021) |
| 04/15/2021 | | Set/Reset Hearings as to Ricardo Santiago: Detention Hearing set for 4/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 4/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 04/15/2021) |
| 04/15/2021 | 22 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Martin Juan Beguiristain appearing for Ricardo Santiago (Beguiristain, Martin) (Entered: 04/15/2021) |
| 04/14/2021 | | SYSTEM ENTRY – Docket Entry 11 restricted/sealed until further notice. (amb) (Entered: 04/14/2021) |
| 04/14/2021 | | SYSTEM ENTRY – Docket Entry 10 restricted/sealed until further notice. (amb) (Entered: 04/14/2021) |
| 04/14/2021 | | SYSTEM ENTRY – Docket Entry 8 restricted/sealed until further notice. (nc) (Entered: 04/14/2021) |
| 04/13/2021 | 25 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Initial Appearance as to Ricardo Santiago held on 4/13/2021. Date of Location Custody (Arrest or Surrender): 4/13/21. Deft advised that he has atty, Joseph Viacava. Govt rec PTD re risk/danger. Brady to be addressed on 4/16/21. Arraignment set for 4/27/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Detention Hearing set for 4/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 4/16/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (Digital 15:03:25) Signed by Magistrate Judge Lauren Fleischer Louis on 4/13/2021. (dgj) (Entered: 04/15/2021) |
| 04/09/2021 | | SYSTEM ENTRY – Docket Entry 4 restricted/sealed until further notice. (cg1) (Entered: 04/09/2021) |
| 04/08/2021 | 3 | INDICTMENT as to Jose Terazon Martinez (1) count(s) 1, 2, 6–7, 8, Pedro Arturo Casas Espinosa (2) count(s) 1, 2–4, 8, Juan Baptista Trompeta Caballerro (3) count(s) 1, 6–7, Jose Agustin Perez Alonso (4) count(s) 1, 3–4, Pedro Marrero Simon (5) count(s) 1, 5, 7, Alcides Rivera Rodriguez (6) count(s) 1, 5, Freddy Sanchez Soria (7) count(s) 1, 5, Alberto Francisco Puga Lamas (8) count(s) 1, 5, Douglas Gazmuri Perez (9) count(s) 1, 5, Miguel Alejandro Ortiz (10) count(s) 1, Yudlianela Perez (11) count(s) 1, Victor Antonio Rivera Ortiz (12) count(s) 8, Ricardo Santiago (13) count(s) 8, Angel Luis Torres Gonzalez (14) count(s) 8, Edgar Santiago (15) count(s) 8 AND FORFEITURE COUNT. (cg1) (Additional attachment(s) added on 4/9/2021: # 1 |

| | | |
|---|---|---|
| | | Restricted Unredacted Indictment) (cg1). (Entered: 04/09/2021) |
| 04/08/2021 | 2 | ORDER granting 1 Motion to seal as to Jose Terazon Martinez (1), Pedro Arturo Casas Espinosa (2), Juan Baptista Trompeta Caballerro (3), Jose Agustin Perez Alonso (4), Pedro Marrero Simon (5), Alcides Rivera Rodriguez (6), Freddy Sanchez Soria (7), Alberto Francisco Puga Lamas (8), Douglas Gazmuri Perez (9), Miguel Alejandro Ortiz (10), Yudlianela Perez (11), Victor Antonio Rivera Ortiz (12), Ricardo Santiago (13), Angel Luis Torres Gonzalez (14), Edgar Santiago (15). Signed by Magistrate Judge Alicia M. Otazo−Reyes on 4/8/2021. *See attached document for full details.* (cg1) (Entered: 04/09/2021) |
| 04/08/2021 | 1 | MOTION to seal by USA as to Jose Terazon Martinez, Pedro Arturo Casas Espinosa, Juan Baptista Trompeta Caballerro, Jose Agustin Perez Alonso, Pedro Marrero Simon, Alcides Rivera Rodriguez, Freddy Sanchez Soria, Alberto Francisco Puga Lamas, Douglas Gazmuri Perez, Miguel Alejandro Ortiz, Yudlianela Perez, Victor Antonio Rivera Ortiz, Ricardo Santiago, Angel Luis Torres Gonzalez, Edgar Santiago. (cg1) (Entered: 04/09/2021) |